PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00196-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ERIC TERRELL CHRISTIAN, | DATE: January 9, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 9, 2023.

2. By this stipulation, defendant now moves to continue the status conference until March 27, 2023 at 9:00 a.m., and to exclude time between January 9, 2023, and March 27, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 160 gigabytes of discovery, including police reports, body camera footage, criminal history documents, and two forensic extractions of a cellular telephone. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying. The bulk of this discovery consists of the forensics extractions, which were recently produced in discovery.

      b)      Counsel for defendant desires additional time to review this discovery, consult with her client, conduct investigation and research related to the charge, to discuss potential resolutions with her clients, and to otherwise prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2023 to March 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 6, 2022                          PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ ADRIAN T. KINSELLA
                                                 ADRIAN T. KINSELLA
                                                 Assistant United States Attorney


Dated: December 6, 2022                          /s/ MEGHAN MCLOUGHLIN
                                                 MEGHAN MCLOUGHLIN
                                                 Assistant Federal Defender
                                                 Counsel for Defendant
                                                 ERIC TERRELL CHRISTIAN


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: December 7, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE