PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC TERRELL CHRISTIAN,<br><br>Defendant. | CASE NO. 2:22-CR-00196-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 27, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 27, 2023.

2. By this stipulation, defendant now moves to continue the status conference until June 5, 2023 at 9:00 a.m., and to exclude time between March 27, 2023, and June 5, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 160 gigabytes of discovery, including police reports, body camera footage, criminal history documents, and two forensic extractions of a cellular telephone. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying. The bulk of this discovery consists of the forensics extractions.

       b)      Counsel for defendant desires additional time to review this discovery, consult with her client, conduct investigation and research related to the charge, to discuss potential resolutions with her clients, and to otherwise prepare for trial.

       c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27, 2023 to June 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 20, 2023                                     PHILLIP A. TALBERT
                                                                               United States Attorney


                                                                               /s/ ADRIAN T. KINSELLA
                                                                               ADRIAN T. KINSELLA
                                                                               Assistant United States Attorney


Dated:  March 20, 2023                                     /s/ MEGHAN MCLOUGHLIN
                                                                               MEGHAN MCLOUGHLIN
                                                                               Assistant Federal Defender
                                                                               Counsel for Defendant
                                                                               ERIC TERRELL CHRISTIAN


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 20, 2023            _____
                                                    WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE