UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:22-cr-00196 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ERIC TERRELL CHRISTIAN, JR., | |
| Defendant. | |

----oo0oo----

Defendant Eric Terrell Christian, Jr. has filed a motion to vacate and reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).  (Docket No. 45.)  The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order.  Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED

Dated: October 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE