UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC TERRELL CHRISTIAN, JR.,

Defendant.

No. 2:22-cr-00196 WBS

ORDER

----oo0oo----

On May 30, 2023, defendant Eric Terrell Christian, Jr. pled guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  (See Docket No. 37 ("PSR") § 1.)  On December 5, 2023, he was sentenced to imprisonment for a term of 120 months, to be followed by a term of supervised release of 36 months, and was also ordered to pay a penalty assessment of $100.  (See Docket No. 43.)

Now, defendant moves to reduce his sentence by 20 months pursuant to 18 U.S.C. § 3582(c)(2) ("Section 3582(c)(2)") and Amendment 821 to the United States Sentencing Guidelines. (Docket No. 45 at 1.)  Specifically, defendant contends that a

sentence reduction is warranted because Amendment 821 retroactively reduced the base offense level in petitioner's pre-sentence report from five to four.  (Id.); see U.S.S.G. § 4A1.1(e).  The government opposes defendant's motion.  (Docket No. 48.)

Section 3582(c)(2) permits a federal court to "modify a term of imprisonment" where "a defendant [was] sentenced . . . based on a sentencing range that has subsequently been lowered by the [United States] Sentencing Guidelines."  Relevant here, "[u]nder Amendment 821's status point provision, a defendant now receives a single criminal history point, instead of two, if he committed the instant offense while under a criminal justice sentence and already has 7 or more criminal history points."  United States v. McClain, No. 2:19-cr-165 WBS, 2024 WL 4441931, at *1 (E.D. Cal. Oct. 8, 2024).  Amendment 821 took effect on November 1, 2023.

As the government argues, defendant is not eligible for a sentence reduction under Section 3582(c)(2) and Amendment 821's status points provision for the simple reason that the court already applied Amendment 821's status points provision when it initially sentenced him on December 4, 2023.  See Statement of Reasons at 1.

Accordingly, IT IS THEREFORE ORDERED that defendant's motion for reduction of sentence (Docket No. 45) be, and the same hereby is, DENIED.

Dated:  March 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2